UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

----oo0oo----

ROBERTO REYES-QUINTO, also known as Jesus Reyes,

        Petitioner,

    v.

UNITED STATES OF AMERICA,

        Respondent.

/

ORDER

CR. 2:10-105 WBS

On September 9, 2011, petitioner Roberto Reyes-Quinto, a prisoner proceeding pro se, filed a motion to vacate, set aside, or correct his sentence pursuant to 28 U.S.C. § 2255. The United States shall file any opposition to petitioner's motion no later than October 24, 2011. Petitioner may then file a reply no later than November 7, 2011. The court will then take the motion under submission.

IT IS SO ORDERED.

DATED: September 16, 2011

_____
WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE

1